WILLIAM GEORGE, Plaintiff, *v.* BERNARD TOAL, Defendant—(*In re* MATTER OF MILTON M. BLUMENTHAL, Appellant.)

(No. 55470; )

First District—June 22, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

William Green, of Chicago, (Arthur F. Schwartz and Richard Lee Stavins, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Vincent Bentivenga, Jr., James A. Rooney, and Fredric B. Weinstein, Assistant State's Attorneys, of counsel,) for the People.